UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HEALTH NET, INC

VERSUS

J. ROBERT WOOLEY,
COMMISSIONER, ETC., ET AL.

CIVIL ACTION

NO. 06-845-JJB

## RULING AND ORDER

The court has carefully considered the record, the applicable law, and the two Sanctions Award Report and Recommendations of United States Magistrate Judge Christine Noland, dated August 23, 2007 and October 4, 2007 (docs. 70 and 77, respectively). The court has further considered the briefs filed by the parties.

Judge Noland submitted two Sanctions Award Report and Recommendations. The first recommends that plaintiff Health Net pay $50,737.50 in attorney's fees to the defendant Louisiana and Oklahoma Receivers. The second Report was deferred pending a supplementary affidavit including time records from the Texas Receiver. Following receipt of such affidavit, the magistrate in her second Report recommends an award of $16,360.00 in attorney's fees and costs to the Texas Receiver.

The magistrate judge correctly sets forth the applicable legal standards in her report. We find her attorney's fees analysis sound with one exception noted below. Having reviewed the plaintiff's objections to the Reports, we find their arguments, with the one noted exception, without merit.

In her first Sanctions Award Report and Recommendation (doc. 70), Judge Noland stated that "plaintiff, Health Net, Inc." should be required to pay attorney's fees. Her second Report stated that "Health Net, Inc. and/or its counsel" be required to pay. Rule 11(c)(2)(A) provides that monetary sanctions may not be awarded against a represented party for a violation of Rule 11(b)(2). Accordingly, all attorney's fees and costs shall be paid by counsel for Health Net.

Defendants' motion for attorney's fees is GRANTED in the amount of $50,737.50 to the defendant Louisiana and Oklahoma Receivers and $16,360.00 to the Texas Receiver.

Baton Rouge, Louisiana, this 6th day of November, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE